| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | DANIEL R. KALEBA (CABN 223789)<br>Assistant United States Attorney |
| 5 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 |
| 6 | Telephone: (408) 535-5061<br>Fax: (408) 535-5066 |
| 7 | |
| 8 | Attorneys for Plaintiff |

MAR 10 2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09 00956 PVT |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 18, 2010 TO MARCH 11, 2010 |
| NATHAN MICHAEL SHRIDER | ) | |
| Defendant. | ) | |

The defendant, NATHAN MICHAEL SHRIDER, represented by VARELL FULLER, Esquire, and the government, represented by DANIEL R. KALEBA, Assistant United States Attorney, appeared before the Court on February 18, 2010, for a status hearing. The parties represented that the government had provided a proposed plea agreement and additional discovery. Defense counsel requested a continuance of the matter.

The matter was continued to March 11, 2010, at 1:30 p.m. for a change of plea hearing or to set further proceedings. Counsel for the defendant and the government have stipulated that defense counsel wishes to exclude time under the Speedy Trial Act between February 17, 2010, and March 11, 2010, to allow for counsel's effective preparation.

ORDER EXLUDING TIME
Case No. CR

1  Based upon the representation of counsel and for good cause shown, the Court finds that
2  failing to exclude the time between February 18, 2010 and March 11, 2010 would unreasonably
3  deny the defendant continuity of counsel and would deny counsel the reasonable time necessary
4  for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.
5  § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice are served by excluding the
6  time between February 18, 2010 and March 11, 2010 from computation under the Speedy Trial
7  Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS
8  HEREBY ORDERED that the time between February 18, 2010 and March 11, 2010 shall be
9  excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 3/10/2010

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER EXLUDING TIME
Case No. CR                                          -2-